**Israel AGRON, Bankrupt, Appellant, v. R. E. STEEDLE, Trustee, Appellee.**

Circuit Court of Appeals, Third Circuit. January 8, 1930.

No. 4073.

Samuel Kaufman, of Newark, N. J. (Bilder & Bilder, of Newark, N. J., and Paul M. Salsburg, of Atlantic City, N. J., of counsel), for appellant.

Jos. B. Perskie, of Atlantic City, N. J., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. In the court below the trustee of the bankrupt estate of Israel Agron prayed an order on the latter to turn over to him a valuable lot of furs, which were in the bankrupt's possession shortly before the bankruptcy. The bankrupt admitted to have had the furs, but averred his store had been robbed and the furs taken. The referee heard the proofs and found as a fact: "I must conclude that this is what is called in police language an inside job; that the bankrupt, Israel Agron, is responsible for or acted in collusion with other persons in the taking of these fur goods"—and made the turnover order prayed for. On hearing the certificate of the referee, the court below confirmed the referee's order. Our study of the testimony satisfies us no error was committed by the referee or the court below. Accordingly, the turnover order is affirmed.